[No. 40349-8-II. Division Two. November 30, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-8-02062-8, Beverly G. Grant, J., entered January 28, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 60984-0-I. Division One. December 6, 2010.]

*In the Matter of the Personal Restraint of* RAYNE DEE WELLS, JR., *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 62508-0-I. Division One. December 6, 2010.]

*In the Matter of the Detention of* RICHARD HOSIER.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD HOSIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-24520-1, Richard D. Eadie, J., entered October 8, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 64003-8-I. Division One. December 6, 2010.]

RYAN E. MILLER, *Respondent*, v. PATRICK J. KENNY, *Defendant*, SAFECO INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-2-01600-1, Michael E. Rickert, J., entered January 30, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.